| | |
|---|---|
| 1 | MICHAEL T. LUCEY (SBN: 099927)<br>KEVIN D. WHITTAKER (SBN: 224700) |
| 2 | GORDON & REES LLP<br>275 Battery Street, Suite 2000 |
| 3 | San Francisco, CA 94111<br>Telephone: (415) 986-5900 |
| 4 | Facsimile: (415) 986-8054 |
| 5 | Attorneys for Defendant<br>BLAKE'S RESTAURANT GROUP, LLC |
| 6 | dba BRICK & BOTTLE RESTAURANT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD SKAFF,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BLAKES' RESTAURANT GROUP, LLC dba BRICK & B; IJ MARKETPLACE, LLC; RIELLY MARKETPLACE, LLC; FAIR OAKS MARKETPLACE, LLC; ROSEVILLE MARKETPLACE, LLC AND DOES 1-25, INCLUSIVE,<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. C 10-05296 CRB<br><br>**STIPULATION FOR ORDER ENLARGING TIME TO MEET AND CONFER REGARDING SETTLEMENT OF ACTION, DECLARATION OF KEVIN D. WHITTAKER and [PROPOSED] ORDER**<br><br>Complaint filed: November 23, 2010<br>Trial date:　　None Set |

**DECLARATION OF KEVIN D. WHITTAKER**

I, Kevin D. Whitaker, declare:

1. I am an attorney at law duly authorized and licensed to practice law before all the courts of the State of California and the attorney of record for defendant BLAKE'S RESTAURANT GROUP, LLC dba BRICK & BOTTLE RESTAURANT.

2. As required by General Order No. 56 to ADA Access Litigation ("General Order"), the parties met in person at the subject premises on March 3, 2011. On March 14, 2011, Plaintiff's counsel provided me with an expert report advising of the issues Plaintiff's expert observed at the subject premises.

-1-
Stipulation for Order Enlarging Time to Meet and Confer, Declaration and [Proposed] Order

3. Due to trial obligations in another matter, myself and our experts were unable to meet in person and confer regarding settlement of the action within 10 business days of the meeting at the subject premises, as required by General Order No. 56.

4. This extension will not adversely affect the schedule of this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on March 25, 2011.

_____
Kevin D. Whittaker

## STIPULATION

The below Parties to this stipulate to an Order enlarging time to meet and confer regarding settlement of this action until April 22, 2011.

Dated: 3/24/11

GORDON & REES LLP

By: _____
Kevin D. Whittaker
Attorneys for Defendant
BLAKE'S RESTAURANT GROUP,
LLC dba BRICK & BOTTLE
RESTAURANT

Dated: 3/24/11

SIDNEY J. COHEN PROFESSIONAL CORP.

By: _____
Sidney J. Cohen
Attorneys for Plaintiff
RICHARD SKAFF

-2-
Stipulation for Order Enlarging Time to Meet and Confer, Declaration and [Proposed] Order

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

03/24/2011 15:56 5108939450 SIDNEY J COHEN ESQ PAGE 03/04

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties subject to this Stipulation shall meet in person and confer regarding settlement of the action no later than April 22, 2011

Date: March 25, 2011

JUDGE OF THE UNITED STATES DISTRICT COURT



IT IS SO ORDERED
Judge Charles R. Breyer

-3-
Stipulation for Order Enlarging Time to Meet and Confer, Declaration and [Proposed] Order