```
1   SIDNEY J. COHEN, ESQ., State Bar No. 39023
    SIDNEY J. COHEN PROFESSIONAL CORPORATION
2   427 Grand Avenue
    Oakland, CA 94610
3   Telephone: (510) 893-6682

4   Attorneys for Plaintiff
    RICHARD SKAFF
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RICHARD SKAFF | CASE NO. C 10-05296 ~~DMR~~ **CRB** |
|---|---|
| Plaintiff, | Civil Rights |
| V. | |
| BLAKE'S RESTAURANT GROUP, LLC, dba BRICK & BOTTLE; IJ MARKETPLACE, LLC; RIELLY MARKETPLACE, LLC; FAIR OAKS MARKETPLACE, LLC; ROSEVILLE MARKETPLACE, LLC; and DOES 1-25, Inclusive, | **STIPULATION AND ORDER FOR DISMISSAL OF THE INJUNCTIVE RELIEF ASPECT OF THE LAWSUIT AGAINST BLAKE'S RESTAURANT GROUP, LLC, dba BRICK & BOTTLE ONLY** |
| Defendants. | FRCP section 41 |

Plaintiff Richard Skaff and Defendant Blake's Restaurant Group, LLC, dba Brick & Bottle, by and through their attorneys of record, enter into this "STIPULATION AND ORDER FOR DISMISSAL OF THE INJUNCTIVE RELIEF ASPECT OF THE LAWSUIT AGAINST BLAKE'S RESTAURANT GROUP, LLC, dba BRICK & BOTTLE ONLY" pursuant to Federal Rule of Civil Procedure section 41.

Plaintiff filed this lawsuit on November 23, 2010.

Plaintiff and Defendant BLAKE'S RESTAURANT GROUP, LLC, dba BRICK & BOTTLE have entered into a "Mutual Release And Settlement Agreement For Injunctive Relief Only" which settles the injunctive relief aspect of the lawsuit against Defendant BLAKE'S RESTAURANT GROUP, LLC, dba BRICK & BOTTLE. A copy of the "Mutual Release And

Stipulation And Order Of Dismissal

Settlement Agreement For Injunctive Relief Only" is incorporated by reference herein as if set forth in full. The Mutual Release And Settlement Agreement For Injunctive Relief Only" as to Defendant BLAKE'S RESTAURANT GROUP, LLC, dba BRICK & BOTTLE states in part that "The court shall retain jurisdiction to enforce this Settlement Agreement...". Plaintiff and Defendant BLAKE'S RESTAURANT GROUP,LLC, dba BRICK & BOTTLE stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement For Injunctive Relief Only" as to Defendant BLAKE'S RESTAURANT GROUP, LLC, dba BRICK & BOTTLE.

Plaintiff moves to dismiss with prejudice the injunctive relief aspect of the lawsuit against Defendant against Defendant BLAKE'S RESTAURANT GROUP,LLC, dba BRICK & BOTTLE only.

Defendant BLAKE'S RESTAURANT GROUP,LLC, dba BRICK & BOTTLE, who has answered the complaint, agree to the dismissal with prejudice of the injunctive relief aspect of the lawsuit as to it only.

Plaintiff's claim for injunctive relief, damages, and attorney's fees litigation expenses, and costs against Defendants IJ MARKETPLACE, LLC, RIELLY MARKETPLACE, LLC, FAIR OAKS MARKETPLACE, LLC, and ROSEVILLE MARKETPLACE, LLC , and Plaintiff's claim for damages and attorney's fees, litigation expenses, and costs against Defendant BLAKE'S RESTAURANT GROUP, LLC, dba BRICK & BOTTLE have not been resolved, presently are in the negotiation and mediation phase, and will be litigated if they are not resolved them by negotiation or mediation.

This case is not a class action, and no receiver has been appointed.

This Stipulation and Order may be signed in counterparts, and facsimile or electronically transmitted signatures shall be as valid and as binding as original signatures.

Stipulation And Order Of Dismissal                    -1-

Wherefore, Plaintiff and Defendant BLAKE'S RESTAURANT GROUP, LLC, dba BRICK & BOTTLE, by and through their attorneys of record, so stipulate.

Date: 2/28/12

SIDNEY J. COHEN PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen

Sidney J. Cohen
Attorney for Plaintiff
Richard Skaff

Date: 2/28/12

GORDON & REES

/s/ Kevin Whittaker

Kevin Whittaker
Attorney for Defendant Blake's Restaurant Group, LLC. dba Brick & Bottle

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The injunctive relief aspect of the lawsuit as against Defendant BLAKE'S RESTAURANT GROUP, LLC, dba BRICK & BOTTLE only is dismissed with prejudice. The Court shall retain jurisdiction to enforce the "Mutual Release And Settlement Agreement For Injunctive Relief Only" between Plaintiff and Defendant BLAKE'S RESTAURANT GROUP, LLC, dba BRICK & BOTTLE.

Date: March 2, 2012

_____
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]