```
1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   RICHARD SKAFF
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF<br><br>    Plaintiff,<br><br>V.<br><br>BLAKE'S RESTAURANT GROUP, LLC, dba BRICK & BOTTLE; IJ MARKETPLACE, LLC; RIELLY MARKETPLACE, LLC; FAIR OAKS MARKETPLACE, LLC; ROSEVILLE MARKETPLACE, LLC; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C 10-05296 CRB<br><br>Civil Rights<br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THE DAMAGES AND ATTORNEY'S FEES, LITIGATION EXPENSES, AND COSTS ASPECTS OF THE LAWSUIT AGAINST BLAKE'S RESTAURANT GROUP, LLC, dba BRICK & BOTTLE ONLY**<br><br>FRCP section 41 |

Plaintiff Richard Skaff and Defendant Blake's Restaurant Group, LLC, dba Brick & Bottle, by and through their attorneys of record, enter into this "STIPULATION AND ORDER FOR DISMISSAL OF THE DAMAGES AND ATTORNEY'S FEES, LITIGATION EXPENSES, AND COSTS ASPECTS OF THE LAWSUIT AGAINST BLAKE'S RESTAURANT GROUP, LLC, dba BRICK & BOTTLE ONLY" pursuant to Federal Rule of Civil Procedure section 41.

Plaintiff filed this lawsuit on November 23, 2010.

Plaintiff and Defendant BLAKE'S RESTAURANT GROUP, LLC, dba BRICK & BOTTLE previously have settled the injunctive relief aspect of the lawsuit between them, and the Court has dismissed with prejudice the injunctive relief aspect of the lawsuit against Defendant BLAKE'S

Stipulation And Order Of Dismissal

1  RESTAURANT GROUP, LLC, dba BRICK & BOTTLE (Docket item 20).

2      Plaintiff and Defendant BLAKE'S RESTAURANT GROUP,
3  LLC, dba BRICK & BOTTLE have entered into a "Mutual Release And
4  Settlement Agreement For Damages And Attorney's Fees, Litigation Expenses,
5  And Costs" which settles the damages and attorney's fees, litigation expenses,
6  and costs aspects of the lawsuit against Defendant BLAKE'S RESTAURANT
7  GROUP,LLC, dba BRICK & BOTTLE.

8      Plaintiff moves to dismiss with prejudice the damages and attorney's fees,
9  litigation expenses, and costs aspects of the lawsuit against Defendant
10 BLAKE'S RESTAURANT GROUP,LLC, dba BRICK & BOTTLE only.

11     Defendant BLAKE'S RESTAURANT GROUP,LLC, dba BRICK &
12 BOTTLE, who has answered the complaint, agrees to the dismissal with prejudice
13 of the damages and attorney's fees, litigation expenses, and costs aspect of the
14 lawsuit as to it only.

15     This case is not a class action, and no receiver has been appointed.

16     This Stipulation and Order may be signed in counterparts, and facsimile or
17 electronically transmitted signatures shall be as valid and as binding as original
18 signatures.

19     Wherefore, Plaintiff and Defendant BLAKE'S RESTAURANT GROUP,
20 LLC, dba BRICK & BOTTLE, by and through their attorneys of record, so
21 stipulate.

22 Date: 6/25/12                    SIDNEY J. COHEN
                                    PROFESSIONAL CORPORATION

                                    /s/ Sidney J. Cohen
                                    _____
                                    Sidney J. Cohen
                                    Attorney for Plaintiff
                                    Richard Skaff

//
//

Stipulation And Order Of Dismissal        -1-

| | | |
|---|---|---|
| 1 | Date: 6/18/12 | GORDON & REES |
| 2 | | /s/ Kevin Whittaker |
| 3 | | Kevin Whittaker |
| 4 | | Attorney for Defendant Blake's Restaurant Group, LLC. dba Brick & Bottle |

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The damages and attorney's fees, litigation expenses, and costs aspects of the lawsuit as against Defendant BLAKE'S RESTAURANT GROUP, LLC, dba BRICK & BOTTLE only is dismissed with prejudice.

Date: June 28, 2012

Charles R. Breyer
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Stipulation And Order Of Dismissal      -2-