1 | SIDNEY J. COHEN, ESQ., State Bar No. 39023
  | SIDNEY J. COHEN PROFESSIONAL CORPORATION
2 | 427 Grand Avenue
  | Oakland, CA 94610
3 | Telephone: (510) 893-6682

4 | Attorneys for Plaintiff
  | RICHARD SKAFF

5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RICHARD SKAFF | CASE NO. C 10-05296 CRB |
|---|---|
| Plaintiff, | Civil Rights |
| V. | |
| BLAKE'S RESTAURANT GROUP, LLC, dba BRICK & BOTTLE; IJ MARKETPLACE, LLC; RIELLY MARKETPLACE, LLC; FAIR OAKS MARKETPLACE, LLC; ROSEVILLE MARKETPLACE, LLC; and DOES 1-25, Inclusive, | **STIPULATION AND ORDER FOR DISMISSAL OF IJ MARKETPLACE, LLC, RIELLY MARKETPLACE, LLC, FAIR OAKS MARKETPLACE, LLC, AND ROSEVILLE MARKETPLACE, LLC** |
| Defendants. | FRCP section 41 |

Stipulation And Order Of Dismissal

1     Plaintiff Richard Skaff and defendants IJ Marketplace, LLC, Rielly
2 Marketplace, LLC, Fair Oaks Marketplace, LLC, and Roseville Marketplace,
3 LLC, by and through their attorneys of record, file this Stipulation of Dismissal
4 pursuant to Federal Rule of Civil Procedure section 41.

5     Plaintiff filed this lawsuit on November 23, 2010.

6     Plaintiff and defendants have entered into a " Release Of Claims And
7 Settlement Agreement" which settles all aspects of the lawsuit against
8 defendants. A copy of the " Release Of Claims And Settlement Agreement" is
9 incorporated by reference herein as if set forth in full. The "Release And
10 Settlement Agreement" states in part that "The Court shall retain jurisdiction to
11 enforce this Agreement...". Plaintiff and defendants stipulate to the court
12 retaining jurisdiction to enforce the "Release Of Claims And Settlement
13 Agreement."

14     Plaintiff moves to dismiss with prejudice the lawsuit against defendants.

15     Defendants, who have answered the complaint, agree to the dismissal with
16 prejudice.

17     This case is not a class action, and no receiver has been appointed.

18     This Stipulation and Order may be signed in counterparts, and facsimile or
19 electronically transmitted signatures shall be as valid and as binding as original
20 signatures.

21     Wherefore, plaintiff and defendants, by and through their attorneys of
22 record, so stipulate.

23 Date: 8/2/12                 SIDNEY J. COHEN
                                        PROFESSIONAL CORPORATION
24
25                                    /s/ Sidney J. Cohen

26                                    Sidney J. Cohen
                                        Attorney for Plaintiff
                                        Richard Skaff
27 //

28

| | |
|---|---|
| Date: 7/30/12 | JEFFERS MANGELS, BUTLER & MITCHELL |
| | /s/ Martin H. Orlick |
| | _____ |
| | Martin H. Orlick<br>Attorney for Defendants<br>IJ Marketplace, LLC, Rielly Marketplace, LLC, Fair Oaks Marketplace, LLC, and Roseville Marketplace, LLC |

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

    The lawsuit against defendants is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Release Of Claims And Settlement Agreement."

Date: August 2, 2012

_____
Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Stipulation And Order Of Dismissal      -2-